UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re Application of

CHEVRON CORPORATION,                                                       M-19-111

                        Petitioner.
------------------------------------x
In re Application of

RODRIGO PEREZ PALLARES and RICARDO REIS                                    M-19-111
VEIGA,

                        Petitioners.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       These petitions having been filed on August 4, 2010 (and not to be confused by with earlier petitions previously filed by these petitioners against other respondents that have been consolidated under 10 MC 0001 (LAK)), it is hereby

       ORDERED, as follows:

       1.    The above captioned proceedings are consolidated for all purposes.

       2.    The Clerk shall maintain a master docket and case file under the style In re Application of Chevron Corporation to which she shall assign a file number in the "MC" series.

       3.    All orders, pleadings, motions, and other documents filed in either or both of these actions shall bear the following caption with the "MC" file number assigned by the Clerk.


SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED #: 8/6/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re Application of

CHEVRON CORPORATION, et al.,            10 MC ___ (LAK)

Petitioners.

This document applies to: [insert]

------------------------------------x

A paper pertinent to both of the proceedings consolidated by Section 1 of this Order shall state that it applies to "ALL CASES." A paper pertinent to only one of the actions shall bear also the caption of the individual case to which it pertains. All papers filed in either or both of these cases shall be docketed on the master docket.

        4.       All papers filed in one or both of the actions subject to this Order shall be filed electronically.

Dated:      August 6, 2010

_____
Lewis A. Kaplan
United States District Judge