UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re Application of

CHEVRON CORPORATION, et al.,   10 MC ____ (LAK)

                        Petitioners.

This document applies to: All Cases
------------------------------------x

**ORDER**

SDNY DOCUMENT ELECTRONICALLY FILED DOC #: FILED #: 8/6/10

LEWIS A. KAPLAN, *District Judge.*

        Petitioners Chevron Corporation ("Chevron") and Rodrigo Perez Pallares and Ricardo Reis Veiga (the "Individual Petitioners") filed separate proceedings for orders, pursuant to 28 U.S.C. § 1782, authorizing the issuance of subpoenas addressed to a New York licensed attorney, Steven Robert Donziger, Esq., who is involved in the representation of the plaintiffs in litigation against Chevron in Ecuador. The background of this situation is set out in this Court's previous opinion in a related matter, familiarity with which is assumed. *In re Chevron Corp.,* No. M-19-111, 2010 WL 1801526 (S.D.N.Y. May 6, 2010, as corrected May 10, 2010, and May 20, 2010 (denying stay)). By separate order of even date, the Court ordered the consolidation of these new proceedings under the above caption.

        Applications pursuant to 28 U.S.C. § 1782 frequently are granted *ex parte*. Where, as here, the application is for the issuance of subpoenas, no substantial rights of the subpoenaed person are implicated by such action, as the subpoenaed person, once served, is entitled to move to quash or modify the subpoenas.

        The Court has reviewed the applications and preliminarily determined that petitioners

have satisfied the requirements of the statute. Accordingly, the applications both are granted. Chevron and the Individual Petitioners may serve the subpoenas attached as Exhibit RR to the declaration of Kristen Hendricks and as Exhibit 19 to the declaration of Paul E. Dans, respectively.

SO ORDERED.

Dated:      August 6, 2010

_____
Lewis A. Kaplan
United States District Judge