UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re Application of                        :
                                            :   10-mc-0002 (LAK)
CHEVRON CORPORATION, et al,                 :
                                            :   ECF Case
                            Applicants.     :
                                            :
This Document Applies to: ALL CASES         :
                                            :
------------------------------------------------------------x

## NOTICE OF MOTION TO QUASH OR MODIFY SUBPOENAS SERVED UPON STEVEN R. DONZIGER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Steven R. Donziger's Motion to Quash or Modify Subpoenas, and upon the accompanying Affidavit of Steven R. Donziger, dated August 25, 2010, and upon the accompanying Declaration of Robert D. Kaplan, dated August 27, 2010, and the exhibits thereto, and upon all papers and proceedings in this case, Steven R. Donziger, by his undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, 10007, at such time as counsel may be heard, for the entry of an order quashing or modifying the subpoenas served upon Steven R. Donziger by Chevron Corporation and Ricardo Reis Veiga and Rodrigo Perez Pallares, and granting such other relief as this Court may deem just and proper.

Dated: New York, New York
August 27, 2010

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP

                /s/ Bruce S. Kaplan
                Bruce S. Kaplan
                Robert D. Kaplan
                Ellen London
                1633 Broadway, 46th Floor
                New York, New York 10019
                (212) 833-1100

                *Attorneys for Steven R. Donziger*

TO: Randy M. Mastro
Gibson, Dunn & Crutcher, LLP
144 W. Houston Street., Apt 3
New York, New York 10177
212-351-3825

*Attorney for Chevron Corporation*

Kevin Taylor Baine
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5010

*Attorney for Ricardo Reis Veiga*

Paul Edouard Dans
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL 33134
(305) 445-2500

*Attorney for Rodrigo Perez Pallares*