Case 1:10-mc-00002-LAK   Document 81   Filed 10/07/10   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re: Application of

CHEVRON CORPORATION                                              10 MC 00002 (LAK)

This Document Applies to: ALL CASES
------------------------------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Reporters with Thomson Reuters and with *The American Lawyer* magazine and ALM Media have requested copies to a total of approximately ten compact disks filed as Exhibit A to a declaration of Kristen Hendricks [DI 14 - 10 MC 0002]; Exhibits A and D to another declaration of Ms. Henricks [DI 41 - 10 MC 0002]; and Exhibits 1 and 2 to the declaration of Paul E. Dans [DI 40 - 10 MC 0002]. The parties have no objection to the requests.

      Accordingly, the Clerk shall provide copies of these disks to the requesters and any member of the public who requests copies of the same disks upon payment of the reasonable cost of duplication and blank media.

SO ORDERED.

Dated:    October 7, 2010

                                                                     Lewis A. Kaplan
                                                     United States District Judge