**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

MEMO ENDORSED

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER
RICARDO SOLANO JR.

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1101

WRITER'S DIRECT FAX
(212) 373-7901

E-MAIL
BKAPLAN@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
JOHN N. ORSINI
JEFFREY R. WANG
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
KEVIN L. OBERDORFER
TIMOTHY M. HAGGERTY
JOHN C. LIN
ANDREW S. PAK
PHILIP A. WELLNER
BETTY W. GEE
AMY K. PENN
ANDREW LEVINE
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CARI FAIS
SAUMYA MANOHAR
BENJAMIN S. HOLZER

November 15, 2010

BY HAND

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *In re Application of Chevron Corporation, et al,*
No. 10-mc-0002 (LAK)

Dear Judge Kaplan:

This firm represents Steven R. Donziger in the above-captioned matter. This morning, the parties appeared before the Court of Appeals with respect to a motion for a stay pending appeal of Your Honor's October 20, 2010 Order. During the argument, the Court expressed concern over its jurisdiction in light of Mr. Donziger's pending motion for reconsideration of one aspect of the Order (Document No. 88). To resolve any jurisdictional issue, we advised the Court that we would withdraw the motion.

Accordingly, Mr. Donziger hereby withdraws his motion for reconsideration.

SO ORDERED

Respectfully,

Bruce S. Kaplan

Lewis A. Kaplan, USDJ
11/17/10

cc: All Counsel (by e-mail)