UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re Application of

CHEVRON CORPORATION                                      10 MC 00002 (LAK)

This Document Applies to ALL CASES
------------------------------------------------------------------ x



**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The memorandum opinion (corrected) dated as of November 29, 2010 and dated November 30, 2010 is corrected as follows:

      1.    Page 19, sixth line: change "wishing to more time" to "wishing to have more time".

      2.    Page 29, twelfth line: change "lapse" to "elapse".

      SO ORDERED.

Dated:    December 2, 2010

                                                        _____
                                                                 Lewis A. Kaplan
                                                           United States District Judge