# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING<br>CHARLOTTE<br>CHICAGO<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166<br>+1 (212) 294-6700<br>FACSIMILE +1 (212) 294-4700<br>www.winston.com | MOSCOW<br>NEW YORK<br>NEWARK<br>PARIS<br>SAN FRANCISCO<br>SHANGHAI<br>WASHINGTON, D.C |

C. MacNEIL MITCHELL
(212) 294-2674
cmitchell@winston.com

November 30, 2010

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *In re Chevron*, 10 MC 00002 (LAK)

Dear Judge Kaplan:

We ask that Your Honor stay your order denying the Republic's motion to intervene and granting Chevron's and the Individual Plaintiffs' motion to compel pending our opportunity to seek a stay from the Court of Appeals.

Respectfully submitted,

C. MacNeil Mitchell

cc: All Counsel of Record (via email)
    Special Master

NY:1315885.2