# LANKLER SIFFERT & WOHL LLP
## ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701

January 25, 2011

BY HAND

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   In re Application of Chevron Corp., No. 10-MC-00002 (LAK)

Dear Judge Kaplan:

We represent Emery Celli Brinckerhoff & Abady LLP in respect of Chevron's motion for sanctions in the above-captioned matter.

We request an opportunity to file, by surreply due on February 1, 2011, papers in response to Chevron's Letter to the Court dated January 21, 2011 and Chevron's Second Reply Memorandum of Law in Support of its Application for the Imposition of Sanctions against the Emery Celli Brinckerhoff & Abady firm. The basis for this request is that Chevron, in its Second Reply Memorandum, raises a number of new arguments and submits a number of new exhibits in support of its motion. Further, Chevron's Second Memorandum asserts that the Emery Celli firm has made "knowing misrepresentations in Section 1782 proceedings around the country to cover up the fraud it knew Donziger and its allies perpetrated." (Chevron Second Reply Memorandum at 7). In support of this claim, Chevron cites statements by Emery Celli attorneys that were not mentioned in Chevron's original moving papers. In addition, Chevron's Second Reply Memorandum attacks the accuracy of several Emery Celli statements, an argument that in its original moving papers had appeared only in a footnote.

Respectfully yours,

Frank Wohl/NKC

Frank H. Wohl

FHW:wc

cc: Counsel of Record (by email)

SO ORDERED,

LEWIS A. KAPLAN, U.S.D.J.