**DOCKET**

LAW OFFICES OF
# Cristóbal & John C. Bonifaz

CRISTÓBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, Massachusetts 01341
(413) 369-4263
Fax (413) 369-0076
cbonifaz@comcast.net

JOHN C. BONIFAZ
30 Harris Street
Amherst, Massachusetts 01004
(617) 529-4611
Fax (413) 369-0076
jcbonifaz@aol.com



January 28, 2011

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

RE:  *In re Application of Chevron Corporation, et al,*
     *No. 10-mc-0002(LAK)*

Dear Judge Kaplan:

As a member of the bar it is my ethical responsibility to bring the following matter to your attention.

Document 172-5 filed by Chevron in the aforementioned matter is a letter from Attorney Bruce S. Kaplan to your Honor to which it is attached an alleged contract between The Amazonian Region Defense Front ("FDA") and: Kohn Swift and Graf; the law offices of Steven Donziger; and, the law offices of Cristóbal Bonifaz.

I wish to bring to your attention that today January 28, 2011 is the first time I became aware that such a document existed. I certainly never executed this document and no one ever brought the same to my attention for any reason.

My office and Kohn Swift and Graf represented the *Aguinda* plaintiffs when the case was in New York. Upon transfer of this case to Ecuador my office and Joseph C. Kohn entered into a contract with Attorney Alberto Wray to litigate the case in Ecuador. The authority that Joseph C. Kohn and this office had for filing and litigating these cases were individual contracts with 73 plaintiffs. When the case was re-filed in Ecuador some of the original plaintiffs in *Aguinda* re-executed their prior contracts with this office to renew the litigation in Ecuador.

My entire file comprising my history of representation of the Ecuadorian plaintiffs was released on January 24, 2011 and made accessible through a printing company to all

attorneys in the *Aguinda* and *Lago Agrio* litigations in response to *In re Application of Chevron, et al. No. 10-mc-30022 and 10-mc-30023 Western District of Massachusetts.*

Sincerely,

Cristóbal Bonifaz, Esq.

Cc: Bruce S. Kaplan, Esq.
    Scott Edelman, Esq.
    William Narwold, Esq.
    Eric Bloom, Esq.
    Joseph C. Kohn, Esq.
    Jonathan Abady, Esq.