**MANDATE**

1 : 10-mc-2
Trial Judge: Lewis A. Kaplan

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March, two thousand and eleven.

_____

IN RE: CHEVRON CORP.

...........................................................................

CHEVRON CORP., RICARDO REIS VEIGA,
RODRIGO PEREZ PALLARES, LAGO AGRIO
PLAINTIFFS,

         *Petitioners-Appellees*,

STEVEN R. DONZIGER,

         *Appellee*,

        v.

REPUBLIC OF ECUADOR,

         *Appellant*.
_____

**ORDER**

Docket No.: 10-4850

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MARCH 10, 2011

IT IS HEREBY ORDERED that the motion by the Republic of Ecuador, on consent, to withdraw the appeal without costs and without attorney's fees pursuant to FRAP 42(b) is GRANTED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
Clerk,

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/09/2011