UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re Application of                                              :
                                                                  :
CHEVRON CORPORATION, et al.,                                      :   10 MC 00002 (LAK)
                                                                  :
Petitioners.                                                      :
                                                                  :
This document applies to:   ALL CASES                             :
------------------------------------------------------------------ x

# DECLARATION OF RANDY M. MASTRO IN SUPPORT OF CHEVRON'S SUPPLEMENTAL MEMORANDUM OF LAW BY LEAVE OF COURT IN FURTHER SUPPORT OF ITS APPLICATION TO HOLD STEVEN DONZIGER IN CONTEMPT OF THIS COURT'S ORDERS TO PRODUCE ALL RESPONSIVE DOCUMENTS "FORTHWITH"

I, Randy M. Mastro, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher, LLP, counsel of record for Chevron Corporation ("Chevron") in the above-captioned matter. I make this declaration, based on personal knowledge, in further support of Chevron's Supplemental Memorandum of Law by Leave of Court in Further Support of Its Application to Hold Steven Donziger in Contempt of This Court's Orders to Produce All Responsive Documents "Forthwith."

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated August 19, 2011 from Bruce Kaplan, counsel for Steven Donziger, to The Honorable Lewis A. Kaplan, United States District Judge.

3. Attached hereto as Exhibit 2 is a true and correct copy of the July 19, 2011 Hearing Transcript from *Chevron Corp. v. Salazar*, 11 Civ. 3718 (LAK).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Jan Nielsen Little, dated August 18, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email exchange dated August 25, 2011 between counsel for Steven Donziger and counsel for Chevron in the above captioned matter with the subject "Production of documents by Andrew Woods."

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the July 19, 2011 Deposition Transcript of Steven Donziger in the above captioned matter regarding his document production and Laura Garr's leaving an external hard drive on Steven Donziger's kitchen table.

7. Attached hereto as Exhibit 6 is a true and correct copy of a memorandum dated October 10, 2010 from Laura Garr to Steven Donziger and Andrew Woods with the subject "Transition Memo" produced by Steven Donziger and bearing the Bates number DONZS00014467.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the November 29, 2010 Deposition Transcript of Steven Donziger in the above captioned matter regarding Donziger's employment of interns and associates.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated August 22, 2011 regarding the above captioned action to counsel of record from Bruce S. Kaplan.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document titled "Projects this Summer" produced by Steven Donziger's intern, Sarah Jaffe, through Donziger and bearing the Bates number DONZ_SJ0049_0001-02 and accompanying metadata page listing the Author as "Sarah Jaffe" and the document creation date as July 30, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email exchange dated August 25, 2010 between Steven Donziger, Ilaan Maazel, and Andrew Wilson copying "Brian's personal email" with the subject "Re:  update – Invictus," recovered from Woods' hard drive and produced by Steven Donziger and bearing the Bates number WOODS-HDD-0139784.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the July 19, 2011 Deposition Transcript of Steven Donziger in the above captioned matter regarding the drafting of the Lago Agrio Plaintiffs' final submission to the Lago Agrio trial court, the Alegato.

13. Attached hereto as Exhibit 12 is a true and correct copy of "Interview with Pablo Fajardo on Radio Quito" dated February 4, 2011 and a certified English translation thereof.

14. Exhibit 13 is a true and correct copy of a transcript of an interview titled "2011.02.03 Radio Ecuadorimediato- Pablo Fajardo" and a certified English translation thereof.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document titled "RETAINER AGREEMENT" dated November 4, 2010 produced by Steven Donziger and bearing the Bates number DONZS00016115.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 29th day of August 2011 at New York, New York.

/s/  Randy M. Mastro
Randy M. Mastro