UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                               10 MC 0002 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

      -against-                               11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In view of the parties' stipulation [DI 1126] and their report that they hope to complete the process and report to the Court by May 14, 2013, the date for production of documents fixed by the April 12, 2013 order in 11 Civ. 0691 (LAK) is further extended to and including May 17, 2013.

        SO ORDERED.

Dated:     May 9, 2013

                                                      Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/13